PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armah, Ishmael                                     Cr.: 05-00035-001

Name of Sentencing Judicial Officer: Joel A. Pisano

Date of Original Sentence: 9/16/05

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 3yrs. Probation, no new debt, financial disclosure, DNA testing, comply with customs enforcement and satisfy $64,675.21 restitution.

Type of Supervision: Probation                            Date Supervision Commenced: 9/16/05

Assistant U.S. Attorney: Judith H. Germano 970 Broad Street, Room 502, Newark, New Jersey 07102

Defense Attorney: Robert G. Stahl, 220 St. Paul Street, Westfield, New Jersey 07090

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**The defendant is to be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.'**

                    Armah began his term of home confinement on September 9, 2005. On February 15, 2006, he was arrested by the Perth Amboy police department and charged with wrongful impersonation, criminal attempt, obtaining a controlled dangerous substance by fraud and being a leader of organized crime.

PROB 12C - Page 2
Armah, Ishmael

2     The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

February 15, 2006, the offender was arrested in Perth Amboy, New Jersey, and charged with possession of a handgun..

3     The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

Mr. Armah was arrested on February 15, 2006, with other convicted felons by local law enforcement in Perth Amboy New Jersey and charged with wrongful impersonation, possession of handgun, criminal attempt, obtaining a controlled dangerous substance by fraud and being the leader of organized crime..

4     The offender has violated the supervision condition which states '**Shall not illegally possess a controlled subtance**'

February 15, 2006, the probationer was arrested in Perth Amboy, New Jersey and was charged with the obtaining controlled dangerous substances by fraud.

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 2/18/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/1/06
_____
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
ERIC K. SNYDER
MATTHEW F. MILLER
THOMAS C. MILLER

February 27, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable Joel A. Pisano
U.S. District Court Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6050
PO Box 890
Camden, New Jersey 08101

Re: Armah, Ishmael
Dkt.#: 05-00035-001
<u>Notice of New Arrest/Request for a Warrant</u>

Dear Judge Pisano:

On September 6, 2005, the above-named offender was sentenced on a charge of Conspiracy to Commit Bank Fraud. He was placed on probation for three years. Special conditions ordered where six months home confinement, DNA testing, financial disclosure, no new debt, cooperate with customs enforcement and satisfy restitution in the amount of $64, 675.21.

The six-month period of home confinement commenced on September 9, 2005. On February 15, 2006, Mr. Armah was arrested by the Perth Amboy Police Department and was charged with wrongful impersonation, possessing a handgun, criminal attempt, obtaining a controlled dangerous substance by fraud and being the leader of organized crime. Due to his arrest we halted the period of home confinement. On February 17, 2006, Armah was released from custody after posting a $15,000. bail.

We now wish to report the following violation of probation; the offender has violated standard condition#2 of his probation by obtaining a controlled dangerous substance by fraud. The offender violated his special condition of home confinement by being involved in criminal activity, while serving his period of home confinement (six months). The offender violated standard condition#3, by being a convicted felon, and in possessing a handgun. Lastly, the offender violated standard condition#12 by associating with convicted felons, while being involved in new criminal acts.

Based on these facts, we are requesting that the Court issue a warrant and /or schedule a hearing to address the charges listed in the attached Form 12C petition. If Your Honor has any questions or requires further information, please contact the undersigned officer at 973-645-6241.

Respectfully submitted,

Christopher Maloney, Chief
U.S. Probation Officer

By: Stanley K. Whetstone
Sr. U.S. Probation Officer

skw/

Encl.